# EXHIBIT A

ACCIDENT & INJURY ATTORNEY
***Licensed to Practice in Indiana and Michigan***

Phone: 574-233-6117 or toll free: 1-888-86-4-CHET
Website: www.CHETZAWALICHLAW.com
E-Mail: CZZC@aol.com
Fax: 574-233-6120

The Commerce
401 E Colfax A
South Bend, IN

Michigan Address
Post Office Box 9
Niles, MI 49120-9

April 18, 2017

Ms. Tawana L. Brown
[redacted]

Re: Account #[redacted]
Balance - $941.99
Debt Owed to Members Advantage Credit Union

Dear Ms. Brown:

Please be advised that I have been retained by Members Advantage Credit Union to demand payment from you of the debt owed to the Credit Union.

The Credit Union informs me that your total debt balance at this time is $941.99. I have been authorized to inform you that if payment in full is not received on or before May 18, 2017, or if satisfactory arrangements for payment are not made on or before May 18, 2017, appropriate legal action may be filed against you to collect this debt.

You are advised of the following:

> Unless, you within thirty (30) days after receipt of this notice, dispute the validity of this debt, or any portion thereof, this debt will assumed to be valid.
>
> If you notify Members Advantage Credit Union in writing within this thirty-day period that this debt or any portion thereof is disputed, verification of the debt and a copy of such verification will be mailed to you.

he above balance is not paid in full by May 18, appropriate legal action will be filed. Please e this matter your immediate attention.

DIVISION OF FAMILY RESOURCES
LAKE COUNTY HOBART

APR 28 2017

RECEIVED

erely,

Zawalich
es

***This is an attempt to collect a debt and any information obtained through its use will be used for that purpose.***